**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

WILLIAM N. SCHENCK, III,

Petitioner,

v.

JIM KOSTREBA, et al.,

Respondents.

Civil No. 01-1035 (DWF/AJB)

**ORDER**

Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, asserting that the Respondent is causing him to be unlawfully confined at the Stearns County Jail in St. Cloud, Minnesota.

Respondents are directed to make a Return in writing within 20 days from the date of this Order. The Return shall certify the true basis for Petitioner's current confinement and show cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's custody in light of the issues raised in the petition;

2. A reasoned memorandum of law and fact fully stating Respondent's position in this matter, which shall include a recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition, in light of the requirements of statutes and other pertinent authority; and



JUN 13 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Certified copies of all Court records, jail records, or other written materials that may be germane to the issues raised in the petition.

Respondents' Return shall also address the various requests for relief set forth in the "Prayer for Relief" section at the conclusion of Petitioner's self-styled supplement to his petition. (Docket No. 2.)

The Court will entertain a motion to grant the relief requested in the Petition if the written Return contemplated by this Order is not timely filed.

Finally, the Court notes that Petitioner has filed an application seeking leave to proceed in forma pauperis, ("IFP"). (Docket No. 4.) The Court finds that Petitioner is eligible for IFP status, and his application will therefore be granted.

Based on the foregoing, and all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT** Respondents shall file a written Return to Petitioner's habeas corpus petition consistent with the terms of this Order, within 20 days from the date of this Order.

**IT IS FURTHER ORDERED THAT** upon filing of this Order and the documents to be submitted by Respondents, the parties shall await the further order of this Court;

**IT IS FURTHER ORDERED THAT** Petitioner's application seeking leave to proceed in forma pauperis, (Docket No. 4), is **GRANTED**.

Dated: 6/13/01

Arthur J. Boylan
United States Magistrate Judge