# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

William Nelson Schenck III

Plaintiff

v.

James Kosteba, Diane Drewry,
Congrad Freeburg, Michael Hatch,
Ernie Klimek, Robert Stanich,
Kathleen M. Tracy, Paul Tschida,
Jesse Ventura, Michael Wochnick,
John Does and Jane Does 1-10,

Defendants

Case No. Civil 01-1035 DWF/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Magistrate Judge Arthur J. Boylan's Report and Recommendation dated 8/9/01 is adopted. Petitioner's petition for habeas corpus is denied as moot. Petitioner's motion and declaration requesting intervention by the court is denied. This action is dismissed without prejudice.

DATE: September 7, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk